IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID PINO,** | Case No. 1:13-cv-01593 DLB |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING |
| **v.** | |
| | (Document 15) |
| **LADD, et al.,** | |
| Defendants. | |

GOOD CAUSE having been shown, Defendants Ladd, Hernandez, Lee, Moore, Musselman, and Watson are granted an additional forty-five days, up to and including Monday, April 6, 2015, within which to file and serve a responsive pleading to the Amended Complaint.

IT IS SO ORDERED.

Dated:   **February 20, 2015**          /s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE

1