1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PINO, | ) Case No.: 1:13cv01593 LJO DLB (PC) |
| Plaintiff, | ) ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| LADD, et el., | ) (Document 21) |
| Defendants. | |

Plaintiff David Pino ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on October 3, 2013.  This action is proceeding on Plaintiff's First Amended Complaint against Defendants Ladd, Musselman, Hernandez, Lee, Moore and Watson for violation of the First Amendment.

On February 20, 2015, Defendants filed a motion for summary judgment based on Plaintiff's failure to exhaust his administrative remedies.  The motion is pending.  Defendants have also filed their answer, but the Court has not yet opened discovery.

On April 15, 2015, the Court received a request from Plaintiff to dismiss this action.  Plaintiff states that he can no longer litigate this action due to circumstances beyond his control.

///

///

1

1  Within ten (10) days, Defendants are ordered to inform the Court of their position regarding
2 Plaintiff's request.  Fed. R. Civ. Proc. 41(a)(2).

4 IT IS SO ORDERED.

5  Dated: **April 16, 2015**  /s/ *Dennis L. Beck*
6  UNITED STATES MAGISTRATE JUDGE